Local MIE Form 3
(11/03)

Order of the Court to Dismiss Violation Petition/
Recall Warrant/Summons/
Request Further Action From the Court

# UNITED STATES DISTRICT COURT

## for the

## Eastern District of Michigan

UNITED STATES OF AMERICA

   v.

 Gregory Brown           Crim. No.   93-CR-81050-01

On June 7, 2000, the Court authorized a petition and warrant for supervised release violation charge(s).

   The probation department submitted a supplemental violation petition adding violation charges on February 19, 2010

   In light of the significant custodial sentence imposed in the state offenses coupled with the length of time the original warrant has been outstanding, the probation department is recommending the petitions for violation of supervised release be dismissed, the warrant recalled and supervision terminated.

Reviewed and Approved:         Respectfully submitted,


 s/Michelle D. Livingston         s/Alan R. Axford
Supervising U.S. Probation Officer      U.S. Probation Officer
(313) 234-5579            (313) 234-5271


## ORDER OF THE COURT

Pursuant to the above, it is ordered that the violation petition dated May 30, 2000, and the supplemental violation petition dated February 19, 2010, be dismissed, the warrant recalled and supervised release terminated.

   Dated this 13th day of May, 2010.


             s/Patrick J. Duggan
             United States District Judge

cc: DUSM
   AUSA